# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:03CR68

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DAVID SIMONINI ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the early termination of his supervised release, filed July 17, 2009.

The Government has responded to the motion, stating that while it does not oppose the relief sought, termination should not include remittance of any portion of the "restitution for which the Defendant is joint and severally liable." **Government's Response, filed July 29, 2009, at 1.**

On review of the Defendant's motion, this Court finds for the reasons stated therein, that early termination of the Defendant's supervised release should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and Defendant's supervised release is hereby **TERMINATED.**

**IT IS FURTHER ORDERED** that any outstanding financial obligations are to be collected by civil means through the United States Attorney's Office.

The Clerk is directed to transmit this Order electronically to the United States Attorney, the United States Marshal, the United States Probation Office, and to defense counsel.

Signed: August 6, 2009

Lacy H. Thornburg
United States District Judge