IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:03CR68-01 |
| | ) | (Financial Litigation |
| DAVID SIMONINI. | ) | Unit) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and SIMONINI INVESTMENTS, LLC:

A judgment was entered on January 26, 2005 (Docket No. 78) in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the Defendant, David Simonini, whose last known address is XXXXXXXXXXXXXXX, Charlotte, NC 28226, in the sum of $4,914,149.98. The balance on the account as of September 16, 2011, is $4,513,975.31.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Simonini Investments, LLC is commanded to **turn over property** in which the Defendant David Simonini has a substantial nonexempt interest, said property being funds issued or due to be issued by Market America, Inc. to Simonini Investments, LLC, including but not limited to a check in the amount of approximately $1,500.00 payable to Simonini Investments, LLC, at the following address: Simonini Investments, LLC, 7804 Fairview Road, Suite C, PMB#327, Charlotte, NC 28226.

**SO ORDERED**.

Signed: September 29, 2011

_____
David S. Cayer
United States Magistrate Judge