# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:03cr68

UNITED STATES OF AMERICA

V.

DAVID SIMONINI

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the judgments of this court. Mr. Simonini was sentenced by this Court and his judgment was filed on January 26, 2005, directing him to pay First Carolina Leasing $78,000.00 in restitution. First Carolina Leasing was an LLC under North Carolina law going by the name of First Carolina Leasing, L.L.C.

The Clerk has reviewed the Articles of Incorporation of First Carolina Leasing, L.L.C. to confirm that Mr. James Henry Burrier was the initial registered agent of this L.L.C. The Clerk has also examined the Limited Liability Company Annual Report for First Carolina Leasing, L.LC. to confirm that Mr. Burrier is the sole manager/member of the L.L.C. prior to is dissolution in 2009.

A review of these documents satisfies the Clerk that due to the dissolution of First Carolina Leasing, L.L.C. with Mr. Burier as the sole member, that all restitution payments in this matter payable to First Carolina Leasing should be sent to Mr. Burrier.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments received in this case to Mr. James H. Burrier at the address he provides to the financial department of this court.

SO ORDERED, THIS 22 DAY OF APRIL, 2015.

Frank D. John

Clerk, U.S. District Court